NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RICHARD MUTSCHLER,       )
                         )
        Appellant,       )
                         )
v.                       )
                         )   Case No.  2D18-1316
RICHARD JAMES BANNAN,    )
                         )
        Appellee.        )
                         )
_____)


Opinion filed March 22, 2019.

Appeal from the Circuit Court for Charlotte
County; Lisa S. Porter, Judge.

Richard Mutscher, pro se.

Paul A. Ryan of Paul Ryan, Attorney at
Law, P.A., Punta Gorda, for Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, SLEET, and BADALAMENTI, JJ., Concur.